**CRAWFORD, et ux v. MARTIN, Trustee, et al.**

Circuit Court, Broward County.

December 9, 1955.

W. J. Robinson, Fort Lauderdale, for plaintiffs.

Russell L. Frink, John B. L'Engle and Harold B. Wahl, all of Jacksonville, for defendants.

LAMAR WARREN, Circuit Judge.

This cause came on to be heard after due notice on the motion of the defendants to dismiss the complaint as amended for lack of jurisdiction; and after argument of counsel and consideration thereof,

It is ordered, adjudged and decreed as follows—

1. Said motion is hereby granted.

2. This cause is hereby dismissed with prejudice.